ELIZABETH WHITTINGHAM, APPELLANT, v. TOWNSHIP OF MILLBURN ET AL., RESPONDENTS.

Argued November 29, 1916—Decided December 5, 1916.

On appeal from the Supreme Court.

For the appellant, *Cortlandt & Wayne Parker* and *John O. Bigelow.*

For the respondent township of Millburn, *Jerome T. Congleton.*

For the respondent Delaware, Lackawanna and Western Railroad Company, *Walter J. Larrabee.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons given in the *per curiam* in *Whittingham* v. *Township of Millburn et al.,* No. 125, present term of this court, *ante p.* 344.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, TRENCHARD, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ.    9.

*For reversal*—PARKER, BERGEN, JJ.    2.